**JAMES HAWKINS APLC**
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff NORA BEDJAN, individually and on behalf of all others similarly situated

Richard D. Marca, State Bar #127365
*Richard.Marca@varnerbrandt.com*
Jeff T. Olsen, State Bar #283249
*Jeff.Olsen@varnerbrandt.com*
Ankit H. Bhakta, State Bar #312607
*Ankit.Bhakta@varnerbrandt.com*
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Telephone: (951) 274-7777
Facsimile: (951) 274-7770

Attorneys for Defendant,
WESTERN EXPRESS, INC., dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC. (erroneously sued as WESTERN EXPRESS, INC.;

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORA BEDJAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC.; a California Corporation, and DOES 1 through 50, inclusive, | Case No. 5:20-CV-02223-JGB-SHK<br>Hon. Jesus G. Bernal<br><br>**JOINT NOTICE OF SETTLEMENT** |

|     |             |
| --- | ----------- |
| 1   | Defendants. |
| 2   |             |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff NORA BEDJAN ("Plaintiff") and Defendant WESTERN EXPRESS, INC., dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC. (erroneously sued as WESTERN EXPRESS, INC, ("Defendant") (collectively, the "Parties"), through their respective counsel of record, hereby notify the Court that the Parties have reached an individual settlement in this matter and have circulated a long form settlement agreement for execution. Once the settlement agreement has been executed and payment has been made, Plaintiff will proceed with a Request for Dismissal of this action pursuant to FED. R. CIV. P. 41(a)(A)(ii) and anticipates doing so within 30 days.

Dated: March 23, 2021          JAMES HAWKINS APLC

By: /s/ Gregory Mauro
    James R. Hawkins, Esq.
    Gregory Mauro, Esq.
    Michael Calvo, Esq.
    Attorneys for Plaintiff,
    NORA BEDJAN, individually and on behalf of all others similarly situated

| | |
|---|---|
| 1 | |
| 2 | Dated: March 23, 2021 |
| | VARNER & BRANDT LLP |

By: */s/ Richard D. Marca*
    Richard D. Marca
    Jeff T. Olsen
    Ankit H. Bhakta
    Attorneys for Defendant,
    WESTERN EXPRESS, INC., a
    Tennessee corporation, doing business
    as WESTERN EXPRESS
    TRANSPORT OF CALIFORNIA, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and I have obtained authorization to affix his electronic signature to this document.

Dated:     March 23, 2021           **JAMES HAWKINS APLC**

By: /s/ Gregory Mauro
    James Hawkins
    Gregory Mauro
    Michael Calvo
    Attorneys for Plaintiff NORA BEDJAN

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: March 23, 2021

By: /s/ Gregory Mauro
    GREGORY MAURO, ESQ.