1  JAMES HAWKINS APLC
   James R. Hawkins, Esq. (#192925)
2  Gregory Mauro, Esq. (#222239)
   Michael Calvo, Esq. (#314986)
3  9880 Research Drive, Suite 200
   Irvine, CA 92618
4  Tel.: (949) 387-7200
   Fax: (949) 387-6676
5  Email: James@jameshawkinsaplc.com
   Email: Greg@jameshawkinsaplc.com
6  Email: Michael@jameshawkinsaplc.com

7  Attorneys for Plaintiff NORA BEDJAN,
   individually and on behalf of all others similarly situated
8

9  [ADDITIONAL COUNSEL ON NEXT PAGE]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NORA BEDJAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC.; a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 5:20-cv-02223-JGB-SHK**<br><br>[*Assigned To The Honorable Jesus G. Bernal*]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |
|---|---|

Richard D. Marca, State Bar #127365
*Richard.Marca@varnerbrandt.com*
Ankit H. Bhakta, State Bar #312607
*Ankit.Bhakta@varnerbrandt.com*
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Telephone: (951) 274-7777
Facsimile: (951) 274-7770

Attorneys for Defendant,
WESTERN EXPRESS, INC., dba
WESTERN EXPRESS
TRANSPORT OF CALIFORNIA,
INC. (erroneously sued as
WESTERN EXPRESS, INC.

# STIPULATION

Plaintiff NORA BEDJAN ("Plaintiff") and Defendant WESTERN EXPRESS, INC., dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC. (erroneously sued as WESTERN EXPRESS, INC., ("Defendant"), by and through their respective counsel of record HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed in its entirety *with prejudice* as to Plaintiff's individual claims against Defendants and *without prejudice* as to the putative class and class claims against Defendant.

**IT IS SO STIPULATED.**

Dated: April 22, 2021                JAMES HAWKINS APLC

By: /s/ Gregory Mauro
    JAMES R. HAWKINS
    GREGORY MAURO
    MICHAEL CALVO
    Attorneys for Plaintiff NORA BEDJAN

Dated: April 22, 2021                VARNER & BRANDT LLP

By: */s/ Richard D. Marca*
    Richard D. Marca
    Ankit H. Bhakta
    Attorneys for Defendant,
    WESTERN EXPRESS, INC., a
    Tennessee corporation, doing business
    as WESTERN EXPRESS
    TRANSPORT OF CALIFORNIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: April 22, 2021

By: /s/ Gregory Mauro
GREGORY MAURO, ESQ.