# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA BEDJAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC.; a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 5:20-cv-02223-JGB-SHK**<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

1 | The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff NORA BEDJAN and Defendant WESTERN EXPRESS, INC., dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC. (erroneously sued as WESTERN EXPRESS, INC., (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class and class claims, shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, and with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative class and claims against Defendant.

**IT IS SO ORDERED.**

DATED: April 28, 2021

Hon. Jesus G. Bernal
United States District Court Judge